# MEMORANDUM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 09 2025

TAMMY H. DOWNS, CLERK
By: ____________ DEP CLERK

**DATE:** 05/09/2025

**TO:** Criminal Docket Clerk

**FROM:** Cody Harvey
Investigative Analyst
U.S. Marshals Service

**Date:** __________ **Defendant taken into U.S. Marshal Service custody on a detainer from:** __________________.

**Date:** __________ **Defendant has arrived on ASR/WHCAP. Defendant will need returned once court proceedings are finished.**

**Date:** 05/08/2025 **Defendant taken into U.S. Marshal Service custody on a Warrant of Removal.**

**Date:** __________ **Defendant has returned from Psychiatric Study.**

**CASE NUMBER:** 2:24CR36

**DEFENDANT'S NAME:** Nichols, Elbert 17461-075