FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 04 2025
TAMMY H. DOWNS, CLERK
By: [signature]
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:24CR00036 KGB |
| | ) | |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| ELBERT NICHOLS | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(c) |
| | ) | 18 U.S.C. § 924(e) |

**SUPERSEDING INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**

On or about April 12, 2024, in the Eastern District of Arkansas, the defendant,

ELBERT NICHOLS,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT TWO**

On or about April 18, 2024, in the Eastern District of Arkansas, the defendant,

ELBERT NICHOLS,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT THREE**

On or about May 1, 2024, in the Eastern District of Arkansas, the defendant,

ELBERT NICHOLS,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT FOUR**

On or about May 9, 2024, in the Eastern District of Arkansas, the defendant,

ELBERT NICHOLS,

knowingly and intentionally possessed with intent to distribute 50 grams or more, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT FIVE**

On or about May 9, 2024, in the Eastern District of Arkansas, the defendant,

ELBERT NICHOLS,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SIX**

A. On or about May 9, 2024, the defendant,

ELBERT NICHOLS,

had been previously and knowingly convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year, including at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another:

1. Aggravated Robbery, in Shelby County, Tennessee, Circuit Court in Case Number 92 07113-92115087;

2. Theft of Property, in Mississippi County, Arkansas, Circuit Court in Case Number 47BCR-99-238;

3. Aggravated Robbery (two counts) and Carjacking, in Davidson County, Tennessee, Circuit Court in Case Number 2005-B-1185;

4. Felon in Possession of a Firearm, in the United States District Court, Middle District of Tennessee in Case Number 3:05CR00104; and

5. Aggravated Robbery, in Shelby County, Tennessee, Circuit Court in Case Number 15 04814-15636082.

B. On or about May 9, 2024, in the Eastern District of Arkansas, the defendant,

ELBERT NICHOLS,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson, Rowdy, model SD40VE, .40 caliber pistol, bearing serial number FWZ5570, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

**COUNT SEVEN**

On or about May 9, 2024, in the Eastern District of Arkansas, the defendant,

ELBERT NICHOLS,

knowingly and intentionally possessed a firearm, that is: a Smith & Wesson, Rowdy, model SD40VE, .40 caliber pistol, bearing serial number FWZ5570, in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts Four and Five of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT EIGHT

On or about May 9, 2024, in the Eastern District of Arkansas, the defendant,

ELBERT NICHOLS,

using a deadly or dangerous weapon, that is, a vehicle, did forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in Title 18, United States Code, Section 1114, that is, an officer and employee of the United States, and of an agency in any branch of the United States Government, namely Drug Enforcement Administration Task Force Officer J.C., while engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1) and (b).

## FORFEITURE ALLEGATION ONE

Upon conviction of Count One, Two, Three, Four, or Five of this Indictment, the defendant, ELBERT NICHOLS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION TWO

Upon conviction of Count One, Two, Three, Four, or Five of this Indictment, the defendant, ELBERT NICHOLS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION THREE

Upon conviction of any Count of this Indictment, the defendant, ELBERT NICHOLS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United

States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

☐ NO TRUE BILL. ☑ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY

By: LAUREN ELDRIDGE
Bar Number 2014230
Assistant U.S. Attorney
425 West Capitol Ave., Suite 500
Little Rock, AR 72201
Telephone: (501) 340-2600
E-mail: Lauren.Eldridge@usdoj.gov